*General Soboloff, Assistant Attorney General Olney* and ~~Beatrice Rosenberg~~ for the United States.

No. 253, Misc.   Dow, ADMINISTRATRIX, *v.* CARNEGIE-ILLINOIS STEEL CORP.   C. A. 3d Cir.   Certiorari denied. ~~Blanch Freedman~~ for petitioner.

No. 284, Misc.   WHITE *v.* IOWA.   Supreme Court of Iowa.   Certiorari denied.

No. 344, Misc.   PARKER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 374, Misc.   HERMAN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and ~~*Julia P. Cooper*~~ for the United States.

No. 376, Misc.   McGLONE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 379, Misc.   LIPSCOMB *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and ~~Robert G. Maysack~~ for the United States.

No. 381, Misc.   TABOR *v.* HARDWICK, WARDEN.   C. A. 5th Cir.   Certiorari denied.